IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,　　Plaintiff,　v.　JAMON WHALES,　　Defendant. | Case No. 3:24-CR-30009-NJR |

## AMENDED PRELIMINARY ORDER OF FORFEITURE

**ROSENSTENGEL, Chief Judge:**

On January 17, 2024, an Indictment was brought against Defendant Jamon Whales charging him with being a felon in possession of a firearm. (Doc. 1). Within the Indictment, the United States sought forfeiture of property from Whales pursuant to 18 U.S.C. § 924(d), including, but not limited to, "a Smith and Wesson semi-automatic handgun bearing serial number FF9928, and all magazines and ammunition seized." (*Id.*). The Court entered a Preliminary Order of Forfeiture that included such property. (Doc. 44). The Preliminary Order of Forfeiture was made final against Whales at his sentencing on November 26, 2024. (Docs. 45, 49).

Now before the Court is the United States' Motion to Amend/Correct the Preliminary Order of Forfeiture pursuant to Federal Rule of Criminal Procedure 32.2. (Doc. 51). In its motion, the United States asserts that both its motion seeking entry of a preliminary order (Doc. 43) and the preliminary order (Doc. 44) incorrectly described the firearm seized from Whales as a Smith and Wesson semi-automatic handgun. The United States seeks to amend the Preliminary Order of Forfeiture to include the correct description of the property as:

**A Kahr Arms, Model: CW40, .40 caliber pistol, bearing serial number FF9928, and all magazines and ammunition seized.**

Federal Rule of Criminal Procedure 32.2 governs criminal forfeiture. As Whales has already been sentenced, Rule 32.2(e) applies. Rule 32.2(e) provides that "[o]n the government's motion, the court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include property that … is subject to forfeiture under an existing order of forfeiture but was located and identified after the order was entered." FED. R. CRIM. P. 32.2(e).

Because the property is subject to forfeiture under the Court's prior forfeiture order but was incorrectly identified until now, the Court **GRANTS** the United States' Motion (Doc. 51) and **AMENDS** the Preliminary Order of Forfeiture (Doc. 44) as follows:

The Court **FINDS forfeitable and ORDERS forfeited** the following property:

**A Kahr Arms, Model: CW40, .40 caliber pistol, bearing serial number FF9928, and all magazines and ammunition seized.**

All other provisions of the Preliminary Order of Forfeiture (Doc. 44), including those related to the required notice and procedure for forfeiting the firearm and ammunition seized from Whales, shall remain in full force and effect.

IT IS SO ORDERED.

DATED:   February 20, 2025

*Nancy J. Rosenstengel*

**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**